# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
Jul 20 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
vs.
DAVON AUNDRE MILLRO

Docket Number:
0971 4:25CR00227-001 YGR

**ORDER SETTING INTERIM CONDITION OF RELEASE (RULE 32.l(A)(6))**

1. You must participate in the Location Monitoring Program as directed by the probation officer while violation proceedings are pending and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring must be utilized to verify your compliance with a curfew while on the program. You are restricted to your residence every day from enter time to enter time as directed by the probation officer. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer.

Date: 7/20/2026

Nathanael Cousins
United States Chief Magistrate Judge